(No. 6694

FIDELITY FILE BOX, INC., Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed July 14, 1972.*

FIDELITY FILE BOX, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6709

CHARLES McCORKLE, JR., Claimant, *vs.* STATE OF ILLINOIS, ATTORNEY GENERAL'S OFFICE, Respondent.

*Opinion filed July 14, 1972.*

CHARLES McCORKLE, JR., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.